# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FUJIAN YINFENG IMP. & EXP. TRADING CO., LTD., <br>     Plaintiff, <br> v. <br> UNITED STATES, <br>     Defendant, <br> and <br> COALITION OF AMERICAN MILLWORK PRODUCERS, <br>     Defendant-Intervenor. | Ct. No. 21-00088 <br><br> Before: M. Miller Baker, Judge |

**ORDER**

This matter was assigned to these chambers on April 28, 2021 (ECF 15). It is hereby **ORDERED** that all future filings on this docket shall comply with the requirements applicable to these chambers set forth on the Court's website.[1] It is further **ORDERED** that preparation of the joint appendix will be governed by the chambers-specific instructions also set forth on the Court's website.[2]

The Court urges all counsel to review the joint appendix instructions as soon as possible because they impose requirements the parties must consider prior to filing the joint status report and proposed briefing schedule. In addition, while the joint appendix instructions do not address deadlines for the

---

[1] https://www.cit.uscourts.gov/sites/cit/files/Document%20Formatting%20in%20Cases%20Assigned%20to%20Judge%20Baker.pdf.

[2] https://www.cit.uscourts.gov/sites/cit/files/Joint%20Appendix%20Preparation%20in%20Cases%20Assigned%20to%20Judge%20Baker.pdf.

defendant-intervenor's submissions, the Rule 56.2 letter the Court will issue shortly after this order will direct the parties to propose a briefing deadline for the intervenor that is later than the deadline for Defendant in order to avoid repetitious argument. To the extent the Rule 56.2 letter's instructions might be construed as conflicting with the joint appendix instructions' silence as to intervenor deadlines, the Rule 56.2 letter controls.

Dated: April 29, 2021 /s/ *M. Miller Baker*
New York, New York M. Miller Baker, Judge